UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYSI PEREZ,<br><br>   Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | Case No. 16-cv-06638-NC<br><br>**ORDER TO SHOW CAUSE** |

The Court held a case management conference yesterday, which plaintiff Deysi Perez did not attend. The Court attempted to reach plaintiff's counsel telephonically but received no answer. Perez did not file a case management statement and did not request a continuance.

In light of Perez's absence, Perez is ordered to show cause why the case should not be dismissed for failure to prosecute, and why plaintiff's counsel should not be sanctioned. Perez must respond to this order within seven days, by November 23, 2017.

A further case management conference is scheduled for January 3, 2018. The parties must file a joint case management statement by January 2, 2018.

**IT IS SO ORDERED.**

Dated: November 16, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge