UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYSI PEREZ,<br>　　　　　Plaintiff,<br>　　v.<br>TARGET CORPORATION,<br>　　　　　Defendant. | Case No. 16-cv-06638-NC<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 28 |

Plaintiff Deysi Perez has stopped prosecuting this case. Following several continuances of mediation and case management deadlines, the Court held a case management conference on November 15, 2017. Perez's counsel did not attend, did not answer the Court's efforts to reach him telephonically, did not file a case management statement before the conference, and did not request a continuance. The Court then ordered Perez to show cause why the case should not be dismissed for failure to prosecute, and why plaintiff's counsel should not be sanctioned. Dkt. No. 28. The response to that order was due on November 23, 2017, and no response has been filed.

This order to show cause is Perez's final warning. By December 12, 2017, Perez must file a response to this order indicating intent to prosecute the case. Plaintiff's counsel must serve this order on the plaintiff and file proof of service, also by December 12. Failure to comply with this order will result in dismissal.

**IT IS SO ORDERED.**

Dated: December 5, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge